UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KARIE A. PEREZ,

          Petitioner,

  -against-

DEA/U.S. DEPT. OF JUSTICE,

          Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Misc. 314 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 8 2020

GEORGE B. DANIELS, United States District Judge:

  The Order to Show Cause hearing scheduled on September 29, 2020 at 9:45am is hereby cancelled. Oral Argument is scheduled for November 18, 2020 at 10:30am.

  The parties' stipulated briefing schedule for Petitioner's Motion for Order to Show Cause is GRANTED and is as follows:

  Respondent shall file an opposition to the motion on or before October 19, 2020.

  Petitioner shall file a reply in support of her motion on or before November 2, 2020.

  The Clerk of Court is directed to close the letter motion at ECF No. 5 accordingly.

Dated: New York, New York
   September 28, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge