UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- 

KARIE A. PEREZ,

                      Petitioner,

    -against-

DEA/U.S. DEPT. OF JUSTICE,

                      Respondent.

------------------------------------- x

ORDER

20 Misc. 314 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Order to Show Cause hearing scheduled on November 18, 2020 at 10:30 a.m. is hereby rescheduled for November 17, 2020 at 10:30 a.m.

Dated: New York, New York
       September 28, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge